IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| DALONTE WHITE, | ) | CASE NO. 1:17-CV-1165 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD J. NUGENT |
| | ) | |
| vs. | ) | **DEFENDANT LAM'S CONSENT TO** |
| | ) | **REMOVAL** |
| CITY OF CLEVELAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Now comes Defendant David Lam, by and through counsel, and hereby consents

to the previous removal of this case, which was removed from the Cuyahoga County

Court of Common Pleas, Case No. CV 17-880097, to the United States District Court for

the Northern District of Ohio.

Respectfully submitted,

/s/ *Kathryn M. Miley*
Ernest L. Wilkerson, Jr. (#0036972)
Kathryn M. Miley (#0067084)
Wilkerson & Associates Co., LPA
24100 Chagrin Blvd., Suite 200
Cleveland, OH 44122
(216) 696-0808; (888) 502-9720 facsimile
ewilkerson@wilkersonlpa.com
kmmiley@wilkersonlpa.com
Attorneys for Defendant Lam

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Kathryn M. Miley*
Ernest L. Wilkerson, Jr.
Kathryn M. Miley

City/White/consent removal