**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Dalonte White,<br><br>               Plaintiff,<br><br> vs.<br><br>City of Cleveland, *et al.*<br><br>               Defendants. | Case No. 1:17-cv-01165<br><br>Judge Donald Nugent |
| **OPPOSITION TO THE CITY OF CLEVELAND'S MOTION TO EXCUSE APPEARANCE** | |

     Plaintiff Dalonte White respectfully opposes the City's motion to excuse appearance at the July 17, 2019 status conference. The City is the main defendant in the current discovery disputes and those that will be the subject of a forthcoming motion. A City representative's presence and participation is thus important to a productive status conference. The Court should deny the motion.

Respectfully submitted,

*/s/Sandhya Gupta*
Subodh Chandra (0069233)
Sandhya Gupta (0086052)
Patrick Haney (0092333)
Brian Bardwell (0098423)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Sandhya.Gupta@ChandraLaw.com
Patrick.Haney@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

*Attorneys for Plaintiff Dalonte White*

## CERTIFICATE OF SERVICE

I certify that on July 2, 2019, the above document was filed using the ECF system, which will send notification to all counsel of record.

*/s/Sandhya Gupta*
*One of the attorneys for Plaintiff Dalonte White*