**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Dalonte White,<br><br>Plaintiff,<br><br>vs.<br><br>City of Cleveland, *et al.*<br><br>Defendants. | Case No. 1:17-cv-01165<br><br>Judge Pamela A. Barker<br><br>Magistrate Judge Jonathan D. Greenberg |

**SECOND AMENDED NOTICE OF DEPOSITION OF CITY OF CLEVELAND UNDER FED. R. CIV. P. 30(B)(6)**

Please take notice that Plaintiff Dalonte White by and through counsel, under Fed. R. Civ. P. 30(b)(6) and Local Rule 30.1, will take the deposition testimony upon oral examination of Defendant City of Cleveland, to be recorded by video and stenographic means at the following time, date, and place:

| | |
|---|---|
| Time: | 9:30 AM / 9:30 AM |
| Date: | August 27, 2019; September 4, 2019; & a third date |
| Place: | The Chandra Law Firm, LLC<br>1265 W. 6th Street, Suite 400<br>Cleveland, OH 44113 |
| Before: | A court reporter, notary public, or some other person authorized by law to administer oaths and take depositions. |

Plaintiff White will depose the City of Cleveland on the topics listed below, for which the City must designate a witness to investigate and prepare to testify on the City's behalf.

1. All facts, witnesses, and documents on which the City bases the contentions, assertions, denials, and affirmative defenses in the City's answer to the First Amended Complaint.

2. All evidence of Dalonte White's involvement in the April 21, 2015, incident at 3255 W. 54th St. ("the Colleen Alums case").

3. All evidence of Edward Bunch's involvement in the Colleen Alums case.

4. All Brady material from the Colleen Alums case.

5. Features of, and procedures and practices for using the Ohio Law Enforcement Gateway from 2009 to the present.

6. Cleveland Division of Police policies, procedures, and practices from 2009 to the present—including in the Colleen Alums case—regarding:

    a. creating and maintaining administrative records;

    b. creating and maintaining training records;

    c. creating and maintaining investigative records;

    d. investigating incidents such as the Colleen Alums case;

    e. collecting forensic evidence;

    f. establishing probable cause;

    g. creating and administering photo arrays;

    h. obtaining warrants;

    i. disclosing *Brady* material; and

    j. responding to discovery requests.

7. Cleveland Division of Police training and supervision from 2009 to the present regarding:

    a. creating and maintaining administrative records;

    b. creating and maintaining training records;

    c. creating and maintaining investigative records;

    d. investigating incidents such as the Colleen Alums case;

    e. collecting forensic evidence;

f. establishing probable cause;

g. creating and administering photo arrays;

h. obtaining warrants;

i. disclosing *Brady* material; and

j. responding to discovery requests.

Respectfully submitted,

*/s/Brian Bardwell*

Subodh Chandra (0069233)
Sandhya Gupta (0086052)
Patrick Haney (0092333)
Brian Bardwell (0098423)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Sandhya.Gupta@ChandraLaw.com
Patrick.Haney@ChandraLaw.com
Brian.Bardwell@ChandraLaw.com

*Attorneys for Plaintiff Dalonte White*

## CERTIFICATE OF SERVICE

I certify that on August 30, 2019, the above document was filed using the ECF system, which will send notification to all counsel of record.

*/s/Brian Bardwell*
*One of the attorneys for Plaintiff Dalonte White*