## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DALONTE WHITE, | ) | CASE NO. 1:17-cv-01165-PAB |
| | ) | |
| Plaintiff | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | **DECLARATION OF** |
| CITY OF CLEVELAND, et al., | ) | **TIMOTHY J. PUIN** |
| | ) | |
| Defendants | ) | |

1.    I am an adult who is competent to make this declaration pursuant to 28 U.S.C.A. § 1746 and I have first-hand knowledge of the facts set forth herein.

2.    I am one of the attorneys for Defendant City of Cleveland in the captioned action.

3.    In July or August of 2019, I had a telephone conference with Sandhya Gupta, former counsel for Plaintiff, in which I pointed out that Plaintiff sued David Santiago, Jr., in this action, not David Santiago.  Attorney Gupta acknowledged my point but made no substantive comment.

4.    In speaking with Attorney Gupta, I did not purport to represent either man; recommend any procedure for addressing the issue; or indicate that I had authority to permit any kind of substitution of parties outside the Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on January 13, 2020.

*/S/ Timothy J. Puin*

---

**Signed**, TIMOTHY J. PUIN (#0065120)


EXHIBIT

D