**Brian Bardwell <brian.bardwell@gmail.com>**

---

## Do you have time for a quick call?

---

**Brian Bardwell** <brian.bardwell@chandralaw.com>                    Mon, Jan 13, 2020 at 4:30 PM
To: "Puin, Timothy" <tpuin@city.cleveland.oh.us>

Brian D. Bardwell
The Chandra Law Firm LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-578-1700
brian.bardwell@chandralaw.com
www.chandralaw.com

