

Brian Bardwell <brian.bardwell@gmail.com>

## Ex. 1024/Report 2015-108018

**Brian Bardwell** <brian.bardwell@chandralaw.com>  Tue, Jan 28, 2020 at 1:45 PM
To: "Puin, Timothy" <tpuin@city.cleveland.oh.us>

Hi, Tim.

You said yesterday that you believe the City has already produced this report, but I have not been able to locate it in your productions. Would you please tell me the Bates number where I can find it?

If you have not provided it already, please let me know why and send along an unredacted copy immediately.

Thanks,

--Brian

Brian D. Bardwell
The Chandra Law Firm LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-578-1700
brian.bardwell@chandralaw.com
www.chandralaw.com

