

Brian Bardwell <brian.bardwell@gmail.com>

## Ex. 1024/Report 2015-108018

**Puin, Timothy** <tpuin@city.cleveland.oh.us>  Thu, Jan 30, 2020 at 2:38 PM
To: Brian Bardwell <brian.bardwell@chandralaw.com>, "Pike, Michael" <MPike@city.cleveland.oh.us>, "Boop, Elena" <EBoop@city.cleveland.oh.us>, "Kretch, Wesley" <WKretch@city.cleveland.oh.us>, "Keefer, Katherine" <KKeefer@city.cleveland.oh.us>, Kathryn Miley <kmmiley@wilkersonlpa.com>, "Ernest L. Wilkerson, Jr." <ewilkerson@wilkersonlpa.com>

Brian,

I think this is what you're looking for in unredacted form, although the attached appears to be a later/ more complete version that what you obtained, in that it lists the suspect (Rayvion Edwards) and witness.  I haven't gone through our entire production yet but I may have been mistaken in saying it was already produced.  My guess is that the search previously run for RMS reports regarding Dalonte would not have picked up narrative text alone if he was not listed as a victim or suspect.

Thanks,

Tim Puin



Timothy J. Puin

Assistant Director of Law

City of Cleveland

601 Lakeside Ave., Room 106

Cleveland, Ohio 44114-1077

(216) 664-2807/ Fax (216) 664-2663

tpuin@city.cleveland.oh.us

NOTICE: This email is intended only for the person to whom it is addressed and may contain iformation that is privileged, confidential, or protected by law. If you are not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this message or its contents is strictly prohibited.
If you have received this message in error, please contact the sender immediately by replying to the message and deleting it from your computer.



PLAINTIFF'S EXHIBIT 1-K

**From:** Brian Bardwell [mailto:brian.bardwell@chandralaw.com]
**Sent:** Tuesday, January 28, 2020 3:08 PM
**To:** Pike, Michael; Boop, Elena; Kretch, Wesley; Keefer, Katherine; Kathryn Miley; Ernest L. Wilkerson, Jr.; Puin, Timothy
**Subject:** Fwd: Ex. 1024/Report 2015-108018

> **CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

[Quoted text hidden]


**CLE009256-9262.pdf**
617K