

Brian Bardwell <brian.bardwell@gmail.com>

## Ex. 1024/Report 2015-108018

**Brian Bardwell** <brian.bardwell@chandralaw.com>  Thu, Feb 6, 2020 at 12:33 PM
To: "Puin, Timothy" <tpuin@city.cleveland.oh.us>
Cc: "Pike, Michael" <MPike@city.cleveland.oh.us>, "Boop, Elena" <EBoop@city.cleveland.oh.us>, "Kretch, Wesley" <WKretch@city.cleveland.oh.us>, "Keefer, Katherine" <KKeefer@city.cleveland.oh.us>, Kathryn Miley <kmmiley@wilkersonlpa.com>, "Ernest L. Wilkerson, Jr." <ewilkerson@wilkersonlpa.com>

Tim: What's going on with the phone numbers for the subjects in this report? They are included on Ex. 1024 but not on the version you gave me.

Especially given your refusal to discuss the City's search methods so we could avoid problems like this, I am left deeply dissatisfied by your "guess" as to why you failed to produce this report. What else have you learned since you first inquired?

All counsel: Am I correct in my understanding that Tim's January 30 e-mail is the first production of this record? I have not been able to find it in anyone else's productions

Brian D. Bardwell
The Chandra Law Firm LLC
The Chandra Law Building
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-578-1700
brian.bardwell@chandralaw.com
www.chandralaw.com

[Quoted text hidden]



PLAINTIFF'S EXHIBIT 1-U