Brian Bardwell <brian.bardwell@gmail.com>

## Ex. 1024/Report 2015-108018

**Puin, Timothy** <tpuin@city.cleveland.oh.us>                                     Thu, Feb 6, 2020 at 5:58 PM
To: Brian Bardwell <brian.bardwell@chandralaw.com>
Cc: "Pike, Michael" <MPike@city.cleveland.oh.us>, "Boop, Elena" <EBoop@city.cleveland.oh.us>, "Kretch, Wesley" <WKretch@city.cleveland.oh.us>, "Keefer, Katherine" <KKeefer@city.cleveland.oh.us>, Kathryn Miley <kmmiley@wilkersonlpa.com>, "Ernest L. Wilkerson, Jr." <ewilkerson@wilkersonlpa.com>

Brian,

I produced the record in the form it is kept by the City and the document speaks for itself.  Fortunately you already had a copy of another version, from a public records request.  As previously noted, it is my understanding that the search terms in the narrative are not picked up in the searches run in producing RMS reports in this case; reports concerning Plaintiff only came up if he was listed as a suspect or victim. We will continue to supplement discovery responses if/when we find any responsive documents (although this document was not specifically sought in discovery).

Thanks,

Tim Puin



Timothy J. Puin

Assistant Director of Law

City of Cleveland

601 Lakeside Ave., Room 106

Cleveland, Ohio 44114-1077

(216) 664-2807/ Fax (216) 664-2663

tpuin@city.cleveland.oh.us

NOTICE: This email is intended only for the use of the person to whom it is addressed and may contain iformation that is privileged, confidential, or protected by law. If you are not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited.



PLAINTIFF'S EXHIBIT 1-V

If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

---

**From:** Brian Bardwell [mailto:brian.bardwell@chandralaw.com]
**Sent:** Thursday, February 6, 2020 12:34 PM
**To:** Puin, Timothy
**Cc:** Pike, Michael; Boop, Elena; Kretch, Wesley; Keefer, Katherine; Kathryn Miley; Ernest L. Wilkerson, Jr.
**Subject:** Re: Ex. 1024/Report 2015-108018

> **CAUTION:** This email originated from outside of the City of Cleveland. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@clevelandohio.gov.

Tim: What's going on with the phone numbers for the subjects in this report? They are included on Ex. 1024 but not on the version you gave me.

[Quoted text hidden]

[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
>> [Quoted text hidden]
>>
>> **Error! Filename not specified.**
>>
>> [Quoted text hidden]
>> [Quoted text hidden]