IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DALONTE WHITE, | ) | CASE NO. 1:17-cv-01165 |
| | ) | |
| Plaintiff | ) | JUDGE PAMELA A. BARKER |
| | ) | MAGISTRATE JUDGE GREENBERG |
| v. | ) | |
| | ) | **DECLARATION OF** |
| CITY OF CLEVELAND, et al., | ) | **ALBERTO GUZMAN** |
| | ) | |
| Defendants | ) | |

1. I am an adult who is competent to make this declaration pursuant to 28 U.S.C.A. § 1746 and I have first-hand knowledge of the facts set forth herein, as an employee of the City of Cleveland Department of Law in the capacity of Supervisor of Hardware Evaluations.

2. In the course of my duties I am aware of how public records requests made by citizens are fulfilled.

3. Based on the normal practice of the City and my understanding of that practice developed in the routine performance of my duties, I believe that a citizen requested the attached record on October 2, 2019; that it was printed it out on that date; that it was redacted as required by law, R.C. 149.43; and that it was then provided it to the citizen on that same date, October 2, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 2/11/2020.

_____
**Signed**, ALBERTO GUZMAN, Supervisor of Hardware Evaluations



# Cleveland Division of Police
# Detail

| | | | | |
|---|---|---|---|---|
| **Print Date/Time:** | 10/02/2019 10:36 | | | Cleveland Division of Police |
| **Login ID:** | woodardd | | **ORI Number:** | OHCLP0000 |
| **Case Number:** | 2015-00108018 | | | |

## Case Details:

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2015-00108018 | | **Incident Type:** | Menacing | |
| **Location:** | 5918 GILBERT CT | | **Occured From:** | 04/19/2015 17:30 | |
| | CLEVELAND,OH 44102 | | **Occured Thru:** | 04/19/2015 17:39 | |
| | | | **Reported Date:** | 04/19/2015 17:39 Sunday | |
| **Reporting Officer ID:** | W1039-Weber | **Status:** | Open/Active | **Status Date:** | 04/22/2015 |
| **Assigned Bureau:** | District 2 Detective Bureau | | | | |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| W1039-Weber | 04/22/2015 00:00 | Primary Investigating Officer | W1039-Weber | |
| 0143-Connelly | 04/22/2015 00:00 | Secondary Investigating Officer | 0143-Connelly | |

Total: 60.000

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | OHCLP0000 | 13C | 621.06 | Aggravated Menacing | 1 |

PLAINTIFF'S EXHIBIT
**1-G**

Page: 1 of 5

WHITE021838



# Cleveland Division of Police
## Detail

| | | | |
|---|---|---|---|
| Print Date/Time: | 10/02/2019 10:36 | | Cleveland Division of Police |
| Login ID: | woodardd | ORI Number: | OHCLP0000 |
| Case Number: | 2015-00108018 | | |

### Offense # 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Group/ORI: | OHCLP0000 | Crime Code: | 13C | Statute: | 621.06 | Counts: | 1 | Attempt/ Commit Code: Committed |
| Description: | Aggravated Menacing | | | | | | | Offense Date: 04/19/2015 |
| NCIC Code: | 1399 | | | Scene Code: | Yard or Driveway | | | Bias/Motivation: No Bias / Not Applicable |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | Domestic Code: | No | | |
| Gang Related: | No | | | | |
| # of Adults: | 3 | # of Juveniles: | 3 | IBR Seq. No: | 1 |
| | | | | | |
| | | Hate Bias Indicator: | No Bias / Not Applicable | | |

### Offender Suspected of Using

| | |
|---|---|
| Alcohol: | No |
| Drugs: | No |
| Computer: | No |

### Victim Suspected of Using

| | |
|---|---|
| Alcohol: | No |
| Drugs: | No |
| Computer: | No |

**Evidence Collected**   **Criminal Activity**   **Tools Used**   **Security Systems**

No Gang Involvement

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Victim | 1 | Brown, Antonio | 5918 GILBERT CT CLEVELAND, OH 44102 | (216)301-7160 | Black | Male | ▓▓/1968 46 |
| Victim | 2 | Darby, Antonio | 5918 GILBERT CT CLEVELAND, OH 44102 | (216)301-7160 | Black | Male | ▓▓/1993 21 |

WHITE021839



# Cleveland Division of Police
## Detail

| | | |
|---|---|---|
| **Print Date/Time:** 10/02/2019 10:36 | | Cleveland Division of Police |
| **Login ID:** woodardd | **ORI Number:** | OHCLP0000 |
| **Case Number:** 2015-00108018 | | |

### Subject #    1-Victim

| | | | | | |
|---|---|---|---|---|---|
| **Primary:** Yes | **Victim Type:** | Individual | | | |
| **Name:** Brown, Antonio | **Race:** Black | **Sex:** Male | **DOB:** 1968 |
| **Address:** 5918 GILBERT CT | **Height:** 5ft 11 in | **Weight:** 240.0 lbs. | |
| CLEVELAND OH 44102 | **Eyes:** Black | **Hair:** Black | **Age:** 46 |
| **Primary Phone:** (216)301-7160 | | | **State:** |
| **Resident Type:** Other/Unknown | **Resident Status:** Resident | **Statement Type:** Verbal |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| OHCLP0000 | 13C | 621.06 | Aggravated Menacing |

### Victim/Offender Relationship

### Subject #    2-Victim

| | | | | | |
|---|---|---|---|---|---|
| **Primary:** No | **Victim Type:** | Individual | | | |
| **Name:** Darby, Antonio | **Race:** Black | **Sex:** Male | **DOB:** 1993 |
| **Address:** 5918 GILBERT CT | **Height:** 5ft 7 in | **Weight:** 165.0 lbs. | |
| CLEVELAND OH 44102 | **Eyes:** Brown | **Hair:** Brown | **Age:** 21 |
| **Primary Phone:** (216)301-7160 | | | **State:** |
| **Resident Type:** Other/Unknown | **Resident Status:** Resident | **Statement Type:** Verbal |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| OHCLP0000 | 13C | 621.06 | Aggravated Menacing |

### Victim/Offender Relationship

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

Page: 3 of 5

WHITE021840



# Cleveland Division of Police
## Detail

Print Date/Time: 10/02/2019 10:36
Login ID: woodardd
Case Number: 2015-00108018

ORI Number: Cleveland Division of Police
OHCLP0000

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|------|------|------|------|-------|-------------|---------|----------|

### Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|-----|------|--------------|------|------|-------|-------|---------------|-------|

Routing:
- ☐ Detective Bureau
- ☐ Sex Crimes
- ☐ Homicide
- ☐ Prosecutor's Office

WHITE021841

## ORIGINAL NARRATIVE (CASE)

AS400 NARRATIVE FOR CASE # 201500108018          OHCLP0000

Created    2015/04/22 By WATTSE    - nws_conversion
Last Changed 2015/04/22 By WATTSE    - nws_conversion

AGGRAVATED MENACING/NS/JC

ON 4-19-15, AT 1744HRS WE RECEIVED AN ASSIGNMENT TO RESPOND TO 5918 GILBERT CT FOR A MALE WHO WAS THREATENING WITH A GUN. WHEN WE ARRIVED, WE MET WITH VICTIM#1-ANTONIO BROWN, VICTIM#2-HIS SON ANTONIO DARBY) AND A JUVENILE WITNESS▮▮▮▮▮▮▮▮▮ THEY STATED THAT THERE WAS A GAME OF BASKETBALL GOING ON IN FRONT OF THE HOUSE, WHEN OFF#1(▮▮▮▮▮▮▮▮▮▮▮) IN COMPANY WITH DALONTE WHITE, AND ANOTHER BLACK MALE KNOWN AS "SHARTRELL", APPROACHED THE GAME. "SHARTRELL" SAW THE WITNESS, AND ACCUSED HIM OF BEING IN THE "BBE" GANG. WITNESS TOLD THEM THAT HE WAS NOT AFFLIATED WITH ANY GANGS, AND THAT HE DIDN'T WANT ANY TROUBLE. SHARTRELL BEGAN CHALLENGING WITNESS TO FIGHT BUT WITNESS DID NOT WANT TO, AND WENT INSIDE THE HOUSE AT ABOVE ADDRESS, WHERE HE TOLD VICTIM#1 & #2. BOTH VICTIMS THEN EXITED THE HOUSE, AND TOLD SHARTRELL AND OFF#1, THAT THERE WAS GOING TO BE A FIGHT AND THAT THEY NEEDED TO LEAVE. OFFENDER#1 BEGAN ARGUING WITH THE VICTIMS, AND HE AND SHARTRELL BEGAN CHALLENGING THEM TO FIGHT AS WELL. AS THE TWO GROUPS WERE ARGUING, OFF#1 PRODUCED A SMALL, SILVER, SEMI-AUTOMATIC PISTOL, AND BEGAN POINTING IT AT BOTH VICTIMS, WHILE TELLING THEM THAT HE WOULD SHOOT AND BUST THEM. VICTIM#1 THEN CALLED POLICE, AT WHICH TIME OFF#1 AND THE TWO OTHER MALES FLED WESTBOUND ON GILBERT CT AND THEN NORTH ON W.61 ST.

ACCORDING TO WITNESS(DALONTE WHITE) WAS NOT INVOLVED IN THE MENACING AND IN FACT ATTEMPTED TO CONVINCE THE OTHER TWO THAT WITNESS WAS NOT WHO THEY THOUGHT.

VICTIM#2 IS SOMEWHAT FAMILIAR WITH SHARTRELL, STATING THAT HE WENT TO GRADE SCHOOL WITH HIM. HE SAYS THAT HE IS APPROX. 18YRS OLD, AND HAS SHOULDER LENGTH DREADLOCKS. HE BELIEVES THAT BOTH HE AND OFF#1 ARE AFFILIATED WITH THE HEARTLESS FELONS GANG.

WE ATTEMPTED TO LOCATE OFF#1 AND THE OTHERS, BUT WERE UNSUCCESSFUL. AN ANONYMOUS CALLER STATED TO DISPATCH THAT HE HAD SEEN THEM IN THE AREA OF BROWN'S MARKET AT W.59 PL AND SUPERIOR, APPROX. ON HOUR AFTER WE DEPARTED FROM THE SCENE. THEY ARE BELIEVED TO FREQUENT A HOUSE IN THE AREA OF W.61 AND OTTO CT., ON THE WESTSIDE OF THE STREET. DALONTE WHITE LIVES AT 3347 W.59TH PL.

REPORT ENTERED BY WATTSE 4-22-15 RMS# 15-108018.

WHITE021842